### 53210. SMITH v. DOWMAN et al.

SHULMAN, Judge.

The appellant in this case did not file any enumerations of error, nor did she support any possible claims of error in the court below either by written brief or oral argument. We must, therefore, under our rules, deem the appeal abandoned. Court of Appeals Rule 18 (c) (2), 122 Ga. App. 885, 894.

*Judgment affirmed. Quillian, P. J., and Stolz, J., concur.*

ARGUED JANUARY 11, 1977 — DECIDED JANUARY 26, 1977.

Ruby Louise Smith, *pro se.*
*Robert G. Tanner,* for appellees.